**Motion Denied; Order filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00205-CR

———————

**SANTHY INTHALANGSY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1471491**

## ORDER

Appellant is represented by retained counsel, Inger H. Chandler. Appellant's brief was originally due July 16, 2018. We have granted more than 90 days' extension to file appellant's brief until November 19, 2018. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 19, 2018, counsel filed

a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and order Inger H. Chandler to file a brief with the clerk of this court on or before December 19, 2018. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.